IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

Civil Action No. 2:14-cv-10514

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    Carolyn L. Ward

2. Plaintiff's Spouse (if applicable)

    James J. Ward

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    N/A

4. State of Residence

    Pennsylvania

5. District Court and Division in which venue would be proper absent direct filing.

    United States District Court for the Western District of Pennsylvania

6. Defendants (Check Defendants against whom Complaint is made):

    ☒  A. Ethicon, Inc.

    ☒  B. Ethicon, LLC

Revised: 11/6/13

    ☒    C.  Johnson & Johnson

    ☐    D.  American Medical Systems, Inc. ("AMS")

    ☐    E.  Boston Scientific Corporation

    ☐    F.  C. R. Bard, Inc. ("Bard")

    ☐    G.  Sofradim Production SAS ("Sofradim")

    ☐    H.  Tissue Science Laboratories Limited ("TSL")

    ☐    I.  Mentor Worldwide LLC

    ☐    J.  Coloplast Corp.

    ☐    K.  Cook Incorporated

    ☐    L.  Cook Biotech, Inc.

    ☐    M.  Cook Medical, Inc.

7. Basis of Jurisdiction

    ☒    Diversity of Citizenship

    ☐    Other: _____

    A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

        1, 2, 3, 4, 5, 6, 7, 8, 9, 10 and 11

    B. Other allegations of jurisdiction and venue:

        Pursuant to 28 U.S.C. § 1407, the Judicial Panel on Multi-District Litigation created MDL 2327 to be presided over by Hon. Joseph Goodwin of the Southern District of West Virginia.  This matter properly falls under the jurisdiction of MDL 2327.

8. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

    ☐ Prolift

    ☐ Prolift +M

    ☐ Gynemesh/Gynemesh PS

    ☐ Prosima

    ☒ TVT

    ☐ TVT-Obturator (TVT-O)

    ☐ TVT-SECUR (TVT-S)

    ☐ TVT-Exact

    ☐ TVT-Abbrevo

    ☐ Other

    _____

    _____

9. Defendants' Products about which Plaintiff is making a claim.  (Check applicable products):

    ☐ Prolift

    ☐ Prolift +M

    ☐ Gynemesh/Gynemesh PS

    ☐ Prosima

    ☒ TVT

    ☐ TVT-Obturator (TVT-O)

    ☐ TVT-SECUR (TVT-S)

    ☐ TVT-Exact

    ☐ TVT-Abbrevo

3

☐ Other _____

_____

10. Date of Implantation as to Each Product:

    February 17, 2012

    _____

11. Hospital(s) where Plaintiff was implanted (including City and State):

    Magee-Women's Hospital of University of Pittsburgh Medical Center

    Pittsburgh, PA

12. Implanting Surgeon(s):

    Elizabeth Sagan, M.D.

    _____

13. Counts in the Master Complaint brought by Plaintiff(s):

    ☒ Count I – Negligence

    ☒ Count II – Strict Liability – Manufacturing Defect

    ☒ Count III – Strict Liability – Failure to Warn

    ☒ Count IV – Strict Liability – Defective Product

    ☒ Count V – Strict Liability – Design Defect

    ☒ Count VI – Common Law Fraud

    ☒ Count VII – Fraudulent Concealment

    ☒ Count VIII – Constructive Fraud

☒ Count IX – Negligent Misrepresentation

☒ Count X – Negligent Infliction of Emotional Distress

☒ Count XI – Breach of Express Warranty

☒ Count XII – Breach of Implied Warranty

☒ Count XIII – Violation of Consumer Protection Laws

☒ Count XIV – Gross Negligence

☒ Count XV – Unjust Enrichment

☒ Count XVI – Loss of Consortium

☒ Count XVII – Punitive Damages

☒ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):

Respectfully submitted,

s/ Douglas A. Daniels
s/ Andrea L. Gentle

ATTORNEYS FOR PLAINTIFF(S)

Address and Bar Information:

Douglas A. Daniels
Texas State Bar No. 00793579
Andrea L. Gentle
Texas State Bar No. 24074266
DANIELS & GENTLE, LLP
6363 Woodway, Suite 980
Houston, Texas  77057
(713) 979-4279 Office
(713) 979-4270 Fax
douglas.daniels@danielsgentle.com
andrea.gentle@danielsgentle.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 17th day of February, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                                                                s/ Douglas A. Daniels